**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben F Fuentes, | No. CV-21-00220-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| County of Santa Cruz, et al., | |
| Defendants. | |

      Pursuant to the Stipulation of Counterclaimants and Counter Defendants, and for good cause shown,

      **IT IS ORDERED**, pursuant to the Stipulation (Doc. 10), the Counterclaims brought in this action are hereby dismissed without prejudice, Fed. R. Civ. P. 41(a)(2), and Counterclaimants and Counter Defendants shall bear their own attorneys' fees and costs as to this dismissal.

      **IT IS FURTHER ORDERED** that this Order has no impact or effect on the AG Case, and that the parties' stipulations herein do not impact the future admissibility of evidence in this case.

      Dated this 6th day of October, 2021.

Honorable David C. Bury
United States District Judge