**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben F Fuentes, | No. CV-21-00220-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| County of Santa Cruz, et al., | |
| Defendants. | |

There being no objection, therefore, pursuant to Defendants County of Santa Cruz and David Hathaway's Motion to Join Indispensable Party, or in the Alternative, For Permissive Joinder, and for good cause shown,

**Accordingly,**

**IT IS ORDERED** that the Motion for Joinder (Doc. 22) is GRANTED, as follows: Plaintiff's spouse – Yolanda Z. Fuentes – is added as a party-plaintiff for the sole purpose of allowing for the collection of any resulting attorneys' fees and/or costs award or judgment in Defendants' favor against the Fuentes' marital community.

**IT IS FUTHER ORDERED** that the caption of Plaintiff's Complaint is amended to include the lawful name of Plaintiff's spouse, as Party Plaintiff.

Dated this 16th day of May, 2022.

Honorable David C. Bury
United States District Judge