# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben F Fuentes, et al., | **NO. CV-21-00220-TUC-JGZ** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| County of Santa Cruz, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 19, 2024, which granted Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 19, 2024

By   s/ A. Calderón
     Deputy Clerk